**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TRUTHOUT, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:12-cv-01660 (RMC) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

Plaintiffs attach Proof of Service for all Defendants.  Service was effected for all Defendants on 5 November 2012.

Date: November 5, 2012

                Respectfully submitted,

                 /s/ Kelly B. McClanahan
                Kelly B. McClanahan, Esq.
                DC Bar #984704
                National Security Counselors
                1200 South Courthouse Road
                Suite 124
                Arlington, VA  22204
                301-728-5908
                240-681-2189 fax
                Kel@NationalSecurityLaw.org

                *Counsel for Plaintiffs*

English      Customer Service      USPS Mobile                                    Register / S



Search USPS.com or Track Package

Quick Tools      Ship a Package      Send Mail      Manage Your Mail      Shop      Business Soluti

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| **70112970000072753919**<br>Hide Details | **First-Class Mail®** | Delivered | November 05, 2012, 11:06 am | WASHINGTON, DC 20530 | **Expected Deli**<br>**November 5, 20**<br>**Certified Mail™** |
|  |  | Notice Left (No Authorized Recipient Available) | November 05, 2012, 10:57 am | WASHINGTON, DC 20530 |  |
|  |  | Arrival at Unit | November 05, 2012, 10:21 am | WASHINGTON, DC 20022 |  |
|  |  | Processed at USPS Origin Sort Facility | November 02, 2012, 9:17 pm | CAPITOL HEIGHTS, MD 20790 |  |
|  |  | Dispatched to Sort Facility | November 02, 2012, 6:03 pm | MOUNT RAINIER, MD 20712 |  |
|  |  | Acceptance | November 02, 2012, 11:28 am | MOUNT RAINIER, MD 20712 |  |
| **70112970000072753902**<br>Hide Details | **First-Class Mail®** | Delivered | November 05, 2012, 11:06 am | WASHINGTON, DC 20530 | **Expected Deli**<br>**November 5, 20**<br>**Certified Mail™** |
|  |  | Notice Left (No Authorized Recipient Available) | November 05, 2012, 10:57 am | WASHINGTON, DC 20530 |  |
|  |  | Arrival at Unit | November 05, 2012, 10:21 am | WASHINGTON, DC 20022 |  |
|  |  | Processed at USPS Origin Sort Facility | November 02, 2012, 9:17 pm | CAPITOL HEIGHTS, MD 20790 |  |
|  |  | Dispatched to Sort Facility | November 02, 2012, 6:03 pm | MOUNT RAINIER, MD 20712 |  |
|  |  | Acceptance | November 02, 2012, 11:27 am | MOUNT RAINIER, MD 20712 |  |
| **70112970000072753926**<br>Hide Details | **First-Class Mail®** | Delivered | November 05, 2012, 11:06 am | WASHINGTON, DC 20530 | **Expected Deli**<br>**November 5, 20**<br>**Certified Mail™** |
|  |  | Notice Left (No Authorized Recipient Available) | November 05, 2012, 10:57 am | WASHINGTON, DC 20530 |  |
|  |  | Arrival at Unit | November 05, 2012, 10:21 am | WASHINGTON, DC 20022 |  |
|  |  | Processed at USPS Origin Sort Facility | November 02, 2012, 9:17 pm | CAPITOL HEIGHTS, MD 20790 |  |
|  |  | Dispatched to Sort Facility | November 02, 2012, 6:03 pm | MOUNT RAINIER, MD 20712 |  |
|  |  | Acceptance | November 02, 2012, 11:28 am | MOUNT RAINIER, MD 20712 |  |