**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TRUTHOUT, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:12-cv-01660 (RMC) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE**
**THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**
**OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

NOW COME Plaintiffs to respectfully request a brief further enlargement of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to and including 2 April 2013, within which to file their Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment (filed Feb. 1, 2013).

Plaintiffs have good cause to request this extension. The parties are discussing the possibility of Defendant releasing additional currently-redacted information if Plaintiffs submit additional privacy waivers, including a discussion of how to treat that information in filings in this case. To allow the parties adequate time to resolve this issue and Plaintiffs time to collect as many privacy waivers as they can reasonably expect to collect, Plaintiffs request an additional week.

This is the second extension requested for this filing. Defendant's counsel was out of the office today but informed the undersigned that he would contact the agency tomorrow and let the undersigned know its position by Thursday. A proposed Order also accompanies this Motion.

Date: March 26, 2013

                                        Respectfully submitted,

                                        /s/ Kelly B. McClanahan  
                                        Kelly B. McClanahan, Esq.  
                                        DC Bar #984704  
                                        National Security Counselors  
                                        1200 South Courthouse Road  
                                        Suite 124  
                                        Arlington, VA  22204  
                                        301-728-5908  
                                        240-681-2189 fax  
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiffs*