```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

TRUTHOUT, et al.,              )
                               )
         Plaintiffs,           )
                               )
     v.                        )   Civil Action No. 12-1660 RMC
                               )
DEPARTMENT OF JUSTICE,         )
                               )
         Defendant.            )
_____)
```

### DEFENDANT'S RESPONSE TO PLAINTIFFS' NUNC PRO TUNC MOTION FOR BRIEF ENLARGEMENT OF TIME

Defendant hereby advises the Court that it has no objection to the request by Plaintiffs to file their opposition to the Defendant's Motion For Leave To Submit An Ex Parte, In Camera Declaration.[1]

Respectfully submitted,

RONALD C. MACHEN JR., DC Bar #447889
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By:  _____/s/_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7230

---

[1] Undersigned counsel, when drafting the reply, had not noticed the time of day that Plaintiffs' opposition was filed, which according to the Court's ECF system was shortly after midnight.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendant's Response To Plaintiffs' *Nunc Pro Tunc* Motion For Brief Enlargement Of Time has been made through the Court's electronic transmission facilities on this 23rd day of May, 2013.

                                           /s/
                            W. MARK NEBEKER
                            Assistant United States Attorney
                            555 4th Street, N.W.
                            Civil Division
                            Washington, DC  20530
                            (202) 514-7230